# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KIMBERLY R. MILLER, </br></br> Plaintiff, </br></br> vs. </br></br> STATE OF OKLAHOMA *ex rel.* </br> THE BOARD OF REGENTS OF </br> THE UNIVERSITY OF OKLAHOMA, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. CIV-15-482-R </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Kimberly Miller, hereby stipulates with the Defendant, State of Oklahoma *ex rel.* The Board of Regents of The University of Oklahoma, that this action shall be dismissed with prejudice. No further costs or attorney fees will be owed by either party. Each side will bear its own costs and attorney's fees.

Dated this 23rd day of August, 2017.

Respectfully Submitted:

WARD & GLASS, L.L.P.

_____
Stanley M. Ward
Woodrow K. Glass
R. Ben Houston,
Brent L. Neighbors
Barrett T. Bowers
1601 36th Avenue, Suite 100

Norman, Oklahoma 73072
(405) 360-9700
(405) 360-7902 (fax)
**Attorneys for Plaintiff**

/s/ Michael Burrage

Michael Burrage
Whitten Burrage
1215 Classen Drive
Oklahoma City, OK 73103
(405) 516-7800
(405) 516-7859
**Attorney for Defendants**